CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

**FILED**

NOV 28 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.;<br><br>Defendants.<br><br>+ DOES 1 through 10 | Civil Action No. CV 23 6178<br><br>**PLAINTIFF'S VERIFIED LEGAL COMPLAINT SEEKING DECLARATORY RELIEF;** |


VKD

Plaintiff Carl A. Wescott, proceeding *pro se*, complains of Defendant Google, Inc. and seeks declaratory relief to get his gmail accounts back after they were taken over by criminals. One of those accounts (CarlWescott2021@gmail.com) was also used to administer his Google Fi account. The Plaintiff further alleges:

### The Parties: Plaintiff and Defendants

1. Carl Wescott is an individual presently residing in Scottsdale, Arizona.
2. Google Inc. is a corporation with its headquarters and principal place of business in Mountain View, California.

### JURISDICTION

3. The Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).
4. This is a civil action arising under federal law, 28 U.S.C. § 2201 (declaratory relief).

5. Venue is proper as the Defendant is domiciled in this district.

## FACTUAL NARRATIVE

6. Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, and digital payments.

7. The Plaintiff has signed up for many Gmail accounts (Exhibit A, list of accounts) and is the rightful owner of those email accounts.

8. The Plaintiff has had to sign up for so many due to the activities of a criminal-gang, the Bob Block criminal gang, that stole many of his cell phones, SIM-hacked him, and took over email accounts, shutting the Plaintiff out.

9. Because the criminal gang shut him out of his laptops as well, the Plaintiff was unable to recover his gmail accounts.

## REQUEST AND PRAYER FOR DECLARATORY RELIEF

10. Under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et seq., and otherwise, after review of the case, the Plaintiff respectfully requests that the Court declare that he is the rightful owner of the Gmail accounts listed in Exhibit A.

11. The Plaintiff further respectfully requests that the Court order Google, Inc. to return the Plaintiff's email accounts to him.

12. These two declarations will provide the relief the Plaintiff seeks.

RESPECTFULLY SUBMITTED

_____
Carl A. Wescott, *pro se*
November 20th, 2023

RESPECTFULLY SUBMITTED

*[signature]*
Carl A. Wescott, *pro se*
November 20th, 2023

## EXHIBIT A – list of key email accounts

CarlWescott42@gmail.com
CarlAWescott2019@gmail.com
CarlWescott2019@gmail.com
CarlWescott2020@gmail.com
CarlWescott2021@gmail.com
CarlWescott2022@gmail.com
CarlWescott2023@gmail.com
CarlWescott2024@gmail.com
CarlWSOJ@gmail.com
Carl.Wescott.DXB@gmail.com

There are several other Carl Wescott email accounts lost to the hackers/criminals.

If Google would kindly also return other CarlWescott*.gmail accounts (all gmail accounts beginning with CarlWescott) that were created on the same laptops as some of the above accounts, that would be much appreciated.

## VERIFICATION

I, Carl A. Wescott, under penalties provided by California and Arizona law as well as the federal laws of the United States of America, certify that the facts set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____