AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
NOV 28 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carl A. Wescott
*Plaintiff/Petitioner*
v.
Google, Inc.
*Defendant/Respondent*

Civil Action No.

CV 23 6178 VKD

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____0.00_____ , and my take-home pay or wages are: $ _____0.00_____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends             ☑ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☑ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I have two credit union accounts that collectively have a total balance of under $65.

I have received some interest from them over the last year, less than $1.

I have no earned income (job or hourly) but I had been receiving EBT/food stamp benefits (through June 2023), and I just re-applied on November 2nd and am about to receive them again (total benefit around $284/month)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____65.00_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I am the sole owner of member units and the Managing Member of two Arizona single-member LLCs.

Each has no assets and are in debt. Their bank accounts are overdrawn by more than $600, and they have no cash, no assets of value, and owe thousands more in debt.

It's not in the categories above including a financial instrument, but I do also have what I believe to be valuable legal claims, which will take litigation to monetize.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I live with my mother in a townhome she owns and I don't pay rent or utilities. I used to travel but have no money for that at present.

My one regular utility bill is my cell phone bill (last month: $126).

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe my mother $1100.

I owe my friends Corey Waggoner and Manoj Waikar $2471 and $12,000, respectively.

I have other significant debts from the past.

I declared chapter 7 bankruptcy on November 7th, 2017 and was granted my discharge on February 14th, 2018.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____11/23/2023_____

_____
Applicant's signature

_____
Carl A. Wescott
*Printed name*