UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>              Plaintiff,<br><br>       v.<br><br>GOOGLE, INC.,<br><br>              Defendant. | Case No.  23-cv-06178-VKD<br><br>**ORDER RE PLAINTIFF'S DECEMBER 8, 2023 LETTER**<br><br>Re: Dkt. No. 5 |

The Court has received a letter from Mr. Wescott, dated December 8, 2023, enclosing "a USM-285" form to be used "whenever [the Clerk] or the Court see[s] fit to order the US Marshals to serve [Google]." Dkt. No. 5. Mr. Wescott also states that he will be hospitalized "starting next week for about three weeks" and will be unable to respond or to provide any information to the Court for the rest of December. *Id*.

On December 4, 2023, the Court issued an order *staying* service on Google, pending receipt of an amended complaint from Mr. Wescott that addresses the jurisdictional and other deficiencies described in the Court's December 4, 2023 order. *See* Dkt. No. 4. As noted in that order, "[i]f Mr. Wescott cannot cure the identified deficiencies, the Court will recommend termination and dismissal of the complaint in whole or in part." *Id*. at 3.

In view of Mr. Wescott's statement regarding his hospitalization, the Court extends the filing deadline for his amended complaint for three weeks to **January 26, 2024**. Mr. Wescott's failure to comply with the extended deadline for filing an amended complaint may result in the

///

///

dismissal of the action.

**IT IS SO ORDERED.**

Dated: December 19, 2023

Virginia K. DeMarchi
United States Magistrate Judge