CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC<br><br>Defendant | Civil Action No. 23-cv-06178-VKD<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE;**<br><br>AKA 24-CV-00497-VKD |

Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant Google, LLC without prejudice.

RESPECTFULLY SUBMITTED

_____
Carl A. Wescott, *pro se*
March 6th, 2024

1

**RECEIVED**

MAR 1 2 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC<br><br>Defendants | Civil Action No. _____<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE;** |

Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant Google, LLC without prejudice.

RESPECTFULLY SUBMITTED

*[signature]*

Carl A. Wescott, *pro se*
March 6th, 2024

1